| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter 15 |

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| 1. | Debtor's name | **Bernard Poulin** |
|---|---|---|

| 2. | Debtor's unique identifier | **For non-individual debtors:** |
|---|---|---|
| | | ☐ Federal Employer Identification Number ____ |
| | | ☐ Other ____. Describe identifier ____. |
| | | **For individual debtors** |
| | | ☐ Social Security Number: ____ |
| | | ☐ Individual Taxpayer Identification Number (ITIN): ____ |
| | | ☑ Other **XXX XXX 562**. Describe identifier **Canadian Social Insurance Number**. |

| 3. | Name of foreign representative(s) | **Raymond Chabot Inc.** |
|---|---|---|

| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | **Superior Court of Quebec (Commercial Division)** |
|---|---|---|

| 5. | Nature of the foreign proceeding | *Check one:* |
|---|---|---|
| | | ☑ Foreign main proceeding |
| | | ☐ Foreign nonmain proceeding |
| | | ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |

| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. |
|---|---|---|
| | | ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. |
| | | ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| | | _____ |

| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending). |
|---|---|---|
| | | ☑ Yes |

| | | |
|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

| | | | |
|---|---|---|---|
| 9. | **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
| | | Canada | |
| | | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | | |
| | | | Country |
| | | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | 301 Merry Sud St. | 600 De La Gauchetiere Street West, Ste. 2000 |
| | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | Magog (Quebec), Canada G1X 4Z9 | Montreal, Province of Quebec H3B 4L8 |
| | | Country | Country |

| | | |
|---|---|---|
| 10. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 11. | **Type of debtor** | *Check one:* |
| | | ☐ Non-individual (*check one*): |
| | | ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |
| | | ☑ Individual |

| | | |
|---|---|---|
| 12. Why is the venue proper in *this district*? | *Check one:* | |
| | ☐ | Debtor's principal place of business or principal assets in the United States are in this district. |
| | ☐ | Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district. |
| | | _____ |
| | ☑ | If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: |
| | | _____ |

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_____     Jean Gagnon, as authorized representative of Trustee
Signature of foreign representative      Printed name

Executed on  05/13/2019
            MM / DD / YYYY

X _____     _____
Signature of foreign representative      Printed name

Executed on  _____
            MM / DD / YYYY

**14. Signature of attorney**

X  /s/ Jordi Guso                         Date _____
Signature of Attorney for foreign representative   MM / DD / YYYY

**Jordi Guso 863580**
Printed name

**Berger Singerman LLP**
Firm name

**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

**305-755-9500**                            **jguso@bergersingerman.com**
Contact phone                               Email address

**863580 FL**
Bar number and State

List pursuant to Bankruptcy Rule 1007(a)(4):

(i)      Jean Gagnon, CPA, CA, CIRP, LIT
Raymond Chabot Inc.
600, de La Gaucheteiere Ouest
Bureau 2000
Montral, QC H3B 4L8

(ii)     None.

(iii)    Although no provisional relief is contemplated at this time, the parties against whom provisional relief may be sought are:

Mr Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Natbank
1231 S. Federal Highway (U.S. 1)
Pompano Beach, FL  33062

9103449-1